■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GALLOWAY, Appellant. [671 NYS2d 656] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered May 9, 1996, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 2¼ to 4½ years, unanimously affirmed.

Defendant knowingly and voluntarily pleaded guilty and the record fails to support his claim that the court misstated the scope of sentence upon conviction after trial. The record demonstrates that defendant received effective assistance of counsel (*see, People v Ford*, 86 NY2d 397, 404). Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Mazzarelli, JJ.